

# IN THE
# TENTH COURT OF APPEALS

## No. 10-08-00275-CR

**NAPOLEON R. FREEMAN,**

                                             **Appellant**

 v.

**THE STATE OF TEXAS,**

                                             **Appellee**

---

**From the 77th District Court**
**Limestone County, Texas**
**Trial Court No. 10151-A**

---

## MEMORANDUM OPINION

---

Napoleon R. Freeman appeals from a plea-bargained judgment revoking community supervision for the state-jail felony offense of delivery of marijuana. The Clerk of this Court warned Freeman that because the trial court noted on the certification of defendant's right of appeal that he had no right of appeal and he had signed a waiver of his right to appeal, the Court might dismiss the appeal unless, within 21 days, a response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 25.2(d); *Chavez v. State,* 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Freeman has not responded to the Clerk's warning.  This appeal is dismissed.

*See Chavez*, 183 S.W.3d at 680; *Davis v. State,* 205 S.W.3d 606, 607 (Tex. App.—Waco 2006,

no pet.).

PER CURIAM

Before Chief Justice Gray,
     Justice Vance, and
     Justice Reyna
Appeal dismissed
Opinion delivered and filed September 17, 2008
Do not publish
[CR25]